An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| WADE A. MAETANI, AN INDIVIDUAL,<br>Appellant,<br>vs.<br>HSBC BANK USA, N.A.; HSBC BANK<br>USA NATIONAL ASSOCIATION, AS<br>TRUSTEE FOR BCAP 2008-IN1; AND<br>QUALITY LOAN SERVICE<br>CORPORATION,<br>Respondents. | No. 61354<br><br>**FILED**<br><br>JUN 2 4 2013<br><br>TRACIE K. LINDEMAN<br>CLERK OF SUPREME COURT<br>BY _____<br>DEPUTY CLERK |

## ORDER DISMISSING APPEAL

Having reviewed the parties' June 13, 2013, stipulation to dismiss this appeal, the stipulation is approved, and this appeal is hereby dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Linda Marie Bell, District Judge
Nathaniel J. Reed, Settlement Judge
Law Office of Edgar C. Smith
Blut Law Group, APC
McCarthy & Holthus, LLP/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13-18483